UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ASTRA SPACE INC. f/k/a HOLICITY INC. SECURITIES LITIGATION<br><br>Case No.  22-cv-08875-CRB<br><br>RILEY v. ASTRA SPACE, INC., ET AL.<br><br>Case No.  22-cv-08876-CRB | **JUDGMENT** |

On August 2, 2023, the Court granted the Defendants' motion to dismiss.  (dkt. 84.) On August 10, 2023, the Plaintiffs informed the Court that they will not amend the complaint.  (dkt. 85.)  The above-captioned cases therefore are **DISMISSED WITH PREJUDICE**.  The Court hereby **ENTERS** judgment in favor of the Defendants and against the Plaintiffs.  The Clerk of Court shall close these matters.

**IT IS SO ORDERED.**

Dated: August 11, 2023

_____
CHARLES R. BREYER
United States District Judge